408 A.2d 529

Commonwealth v. Sanders, Appellant.

Submitted March 20, 1978. Margaret H. Poswistilo, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.